UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>             Plaintiff,<br><br>   v.<br><br>M. YARBOROUGH, et al.,<br><br>            Defendants.<br>_____ | Case No. CV 05-8534 DSF(JC)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Complaint is dismissed without leave to amend.

DATED: 3/29/12 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE