UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | Case No. CV 05-8534 DSF(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| M. YARBOROUGH, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Complaint is dismissed without leave to amend.

DATED: 3/29/12

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE